**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**DIAMOND RENAY DERX**                                                               **PLAINTIFF**
**ADC #162003**

v.                      **CASE NO. 2:20-CV-00052 BSM**

**DAVIS RODRICK, Medical Supervisor,
East Arkansas Regional Unit, et al.**                              **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 7] is adopted, and this case is dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. section 1915(g). It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 11th day of June, 2020.

                                                                    */s/ Brian S. Miller*
                                                          UNITED STATES DISTRICT JUDGE